UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KYLEY REINING, individually and on
behalf of others similarly situated,

    Plaintiffs,

v.                                               Case No: 8:17-cv-820-T-27AEP

BLOOMIN' BRANDS, INC. and
CARRABBA'S ITALIAN GRILL, LLC,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Motion to Appear *Pro Hac Vice* and Written Designation and Consent to Act for attorney Deidre Aaron (Dkt. 17). Local Rule 2.02(a) states, "Any attorney who is not a resident of Florida . . . may appear specially as counsel of record . . . provided, however, **such privilege is not abused by appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in Florida** . . . ." (emphasis added). The Court is unable to ascertain from the motion whether Attorney Aaron is a Florida resident or has appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in Florida as required by Rule 2.02(a). Accordingly, Plaintiff is directed to supplement the motion within seven (7) days.

**DONE AND ORDERED** this 5th day of October, 2017.

                                                              JAMES D. WHITTEMORE
                                                              United States District Judge

Copies to:
Counsel of Record