**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA**

------------------------------------------------------------X

KYLEY REINING, individually and on behalf of others similarly situated,

        Case No: 8:17-cv-00820-JDW-AEP

        Plaintiffs,

v.

BLOOMIN' BRANDS, INC. & CARRABBA'S ITALIAN GRILL, LLC,

        Defendants.

_____/

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE
PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

Plaintiffs and Defendants hereby stipulate and agree to dismiss this case without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: March 1, 2018        Respectfully submitted,

| | |
|---|---|
| s/Gregg I. Shavitz | s/Kevin Johnson |
| Gregg I. Shavitz | Kevin Johnson |
| **SHAVITZ LAW GROUP, P.A.** | **JOHNSON JACKSON, LLC** |
| 1515 S. Federal Hwy. | 100 N. Tampa St., Suite 2310 |
| Boca Raton, Florida 33432 | Tampa, Florida 33602 |
| Telephone: (561) 447-8888 | Telephone: (813) 580-8400 |
| gshavitz@shavitzlaw.com | kjohnson@johnsonjackson.com |
| | |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

      I hereby certify that on March 1, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

                                                  s/Gregg I. Shavitz
                                                  Gregg I. Shavitz, Esq.

## SERVICE LIST
*Kyley Reining v. Bloomin' Brands, Inc. & Carrabba's Italian Grill, LLC*
*Case No.: 8:17-cv-00820-JDW-AEP*
*United States District Court, Middle District of Florida*

Kevin Johnson, Esq.
Johnson Jackson, LLC
100 N. Tampa St., Suite 2310
Tampa, FL 33602
kjohnson@johnsonjackson.com

Served via CM/ECF