UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KYLEY REINING, individually and on
behalf of others similarly situated,

    Plaintiffs,

v.                                                                              Case No: 8:17-cv-820-T-27AEP

BLOOMIN' BRANDS, INC. and
CARRABBA'S ITALIAN GRILL, LLC,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Stipulation of Dismissal without Prejudice (Dkt. 27). Upon consideration, this cause is **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** this ___1st___ day of March, 2018.

                                                                       JAMES D. WHITTEMORE
                                                                       **United States District Judge**

Copies to:
Counsel of Record